**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-2994**

———————————

In Re: TONEY TUCKER ENTERPRISES, INCORPORATED,
t/a Lexington Park Chrysler Plymouth Jeep
Eagle,

Debtor.

——————————————————

MELDON S. HOLLIS, JR.,

Plaintiff - Appellant,

and

TONEY TUCKER,

Plaintiff,

versus

CHRYSLER CREDIT CORPORATION,

Defendant - Appellee.

———————————

**No. 95-3022**

———————————

In Re: TONEY TUCKER ENTERPRISES, INCORPORATED,
t/a Lexington Park Chrysler Plymouth Jeep
Eagle,

Debtor.

——————————————————

TONEY TUCKER,

                                    Plaintiff - Appellant,

        and

MELDON S. HOLLIS, JR.,

                                    Plaintiff,

        versus

CHRYSLER CREDIT CORPORATION,

                                    Defendant - Appellee.

———————————

Appeals from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-95-2442-DKC, BK-94-1-6858-DK)

———————————

Submitted:  October 22, 1996        Decided:  November 15, 1996

———————————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Meldon S. Hollis, Jr., HOLLIS & ASSOCIATES, P.A., Randallstown, Maryland; Elmer Douglass Ellis, Washington, D.C., for Appellants. John Francis Carlton, WHITEFORD, TAYLOR & PRESTON, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

The Appellants appeal from the district court's order finding them in civil contempt after violating a bankruptcy court order. Our review of the record discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. <u>Hollis v. Chrysler Credit Corp.</u>, Nos. CA-95-2442-DKC; BK-94-1-6858-DK (D. Md. Oct. 10 & 25, 1995); <u>Tucker v. Chrysler Credit Corp.</u>, Nos. CA-95-2442-DKC; BK-94-1-6858-DK (D. Md. Oct. 10 & 19, 1995). Appellee's motion to dismiss both appeals is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>